IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VESTA CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-719 |
| | § | |
| VESTA MANAGEMENT SERVICES, LLC | § | |
| | § | |
| Defendant. | § | |

### ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY AND PRETRIAL MOTIONS DEADLINE

The plaintiff, Vesta Corporation, and the defendant, Vesta Management Services, LLC, filed a joint motion to extend the deadlines for discovery and pretrial motions. The request is granted.

The completion of discovery is extended to October 9, 2015, and the pretrial motion deadline is extended to October 23, 2015. The joint pretrial order filing deadline is extended to December 11, 2015, and docket call is reset to **December 15, 2015, at 2:00 p.m.** in Courtroom 11-B.

SIGNED on September 24, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge