# EXHIBIT 3

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| VESTA CORPORATION, | § | |
|---|---|---|
| Plaintiff | § § § | CIVIL ACTION NO. 4:15-CV-00719 |
| VS. | § § | |
| VESTA MANAGEMENT SERVICES, LLC | § § § § | JURY TRIAL DEMANDED INJUNCTION REQUESTED |
| Defendant | | |

## DEFENDANT, VESTA MANAGEMENT SERVICES, LLC'S RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

TO: Plaintiff, Vesta Corporation, by and through its attorneys of record, Richard S. Order, Adam B. Marks and Christopher A. Klepps, Upkike, Kelly & Spellacy, P.C., Hartford, CT.

Plaintiff, Vesta Corporation, by and through its attorneys of record, Ethan G. Gibson and Thomas M. Fulkerson, Fulkerson Lotz, LLP, Houston, TX.

Defendant, **Vesta Management Services, LLC,** serves its Responses to Plaintiff's Request for Admissions.

Respectfully submitted by,

DONATO, MINX, BROWN & POOL, P.C.

_____
A. SCOT CHASE
SBN 04148550
schase@donatominxbrown.com
3200 Southwest Fwy., Suite 2300
Houston, TX 77027
(713) 877-1112
(713) 877-1138 FAX

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above instrument was sent to the following attorneys-of-record by U.S. certified mail, return receipt requested, hand delivery, and/or fax transmission on this the this 10th day of July, 2015.

                                                **VIA FACSIMILE (860) 548-2680**

Richard S. Order
Adam B. Marks
Christopher A. Klepps
UPDIKE, KELLY & SPELLACY, P.C.
100 Pearl Street
P.O. Box 231277
Hartford, CT 00120-1277

                                                **VIA FACSIMILE (713) 651-5801**

Ethan G. Gibson
Thomas M. Fulkerson
FULKERSON LOZ LLP
700 Louisiana St., Ste 5200
Houston, TX 77002-2773

                                               _____
                                               A. SCOT CHASE

# RESPONSES TO PLAINTIFF'S REQUEST FOR ADMISSIONS

**REQUEST FOR ADMISSION NO. 1**:
Admit that the VESTA service mark is registered to plaintiff Vesta Corporation by the United States Patent and Trademark Office, Registration No. 253779.

**RESPONSE:**     Admit

**REQUEST FOR ADMISSION NO. 2**:
Admit that Defendant Vesta Management uses the word "Vesta" in advertising and promoting its business, including on its website, www.vesta24-7.com.

**RESPONSE:**     Admit

**REQUEST FOR ADMISSION NO. 3**:
Admit that Plaintiff Vesta Corporation has not expressly authorized or given permission to Defendant Vesta Management to use the VESTA service mark, Registration No. 253779.

**RESPONSE:**     Admit

**REQUEST FOR ADMISSION NO. 4**:
Admit that information concerning Plaintiff Vesta Corporation's Park Southern Apartments and Villages of Chesapeake/Avalon in Washington, D.C. appeared on Defendant Vesta Management's website or mobile website in or about March 2015.

**RESPONSE:**     Admit