# EXHIBIT 6

_____

|                                        |     |                              |
|----------------------------------------|-----|------------------------------|
| VESTA CORPORATION,                     | )   |                              |
|                                        | )   | CIVIL ACTION NO. 4:15-CV-00719 |
|          Plaintiff,                    | )   |                              |
|                                        | )   |                              |
| V.                                     | )   |                              |
|                                        | )   |                              |
| VESTA MANAGEMENT SERVICES, LLC,        | )   |                              |
|                                        | )   |                              |
|          Defendant.                    | )   |                              |

_____)

## DECLARATION OF ASHLEY McLAUGHLIN

1.      I am over the age of 18, believe in the obligations of an oath, and have personal knowledge of the matters set forth below.

2.      I am the Marketing Coordinator of Vesta Corporation, a Connecticut corporation with a principal place of business located at 175 Powder Forest Drive, Weatogue, Connecticut 06089.

3.      I submit this declaration in support of plaintiff Vesta Corporation's Motion for Summary Judgment.

4.      I have worked at Vesta Corporation since 2012.

5.      As Marketing Coordinator, my job responsibilities include liaising with vendors, assisting with communities marketing, including print and virtual media, overseeing apartment occupancy, and coordinating company and charitable events.

6.      Vesta Corporation hosts a corporate website from which a user can obtain information and link to properties owned and/or managed by Vesta Corporation.

7.      In December 2013 and January 2014, I was working with Indatus, a company which provides telephone answering services for many of Vesta Corporation's properties, to add two new properties to Vesta Corporation's account.

_____

8.      On December 21, 2013, and in connection with adding the two new properties to Vesta Corporation's account, Rishea Gentry, a customer service employee with Indatus, sent me a spreadsheet of all of the properties in Vesta Corporation's account. In addition to certain properties managed by Vesta Corporation, the spreadsheet listed Deerbrook Forest, Forest Creek, Lago Del Mar, Marquee Upton, Trails of Sanger, and Westwood as properties in Vesta Corporation's account. A true and correct copy of the email from Rishea Gentry dated December 21, 2013 is attached hereto as **Exhibit A**.

9.      Vesta Corporation has never owned or managed Deerbrook Forest, Forest Creek, Lago Del Mar, Marquee Uptown, Trails of Sanger, or Westwood.

10.      On May 8, 2014, I ran a report on Indatus for Vesta Corporation's account. A property named Heritage Apartments was listed on Vesta Corporation report, but Vesta Corporation did not manage a property named Heritage Apartments. A true and correct copy of the email dated May 8, 2014, which I sent to Indatus customer service regarding Heritage Apartments is attached hereto as **Exhibit B**.

11.      Vesta Corporation has never owned or managed Heritage Apartments.

12.      In October and November 2014, Vesta Corporation engaged Apartment Finder to create marketing materials for Villa Serena, a property owned and managed by Vesta Corporation.

13.      Despite my having provided Vesta Corporation's corporate logo to Apartment Finder, Apartment Finder included on the draft marketing materials that I can now identify as logos belonging to Vesta Management Services, LLC ("Vesta Management"). A true and correct copy of the draft marketing materials sent to me by Andrew Botieri from Apartment Finder are attached hereto as **Exhibit C**.

14.     On April 13, 2015, Ryan Sweeney, National Sales Executive for Indatus, asked me to provide him with Vesta Corporation's property list so that Indatus could "straighten everything out" due to its having Vesta Management listed in its database as "Vesta." A true and correct copy of the email from Ryan Sweeney dated April 13, 2015 is attached hereto as **Exhibit D**.

15.     On September 14, 2015, I reviewed an Answer Automation Report provided by Indatus regarding Vesta Corporation's account. A property named 3939 Rosemeade was listed on Vesta Corporation's Answer Automation Report, but Vesta Corporation does not manage a property named 3939 Rosemeade. A true and correct copy of the Answer Automation Report is attached hereto as **Exhibit E**.

16.     As of October 14, 2015, Vesta Management's website advertised that it managed 3939 Rosemeade. A true and correct copy of Vesta Management Service, LLC's website listing of properties as of October 14, 2015 is attached hereto as **Exhibit F**.

17.     Vesta Corporation has never owned or managed 3939 Rosemeade.

18.     Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 21, 2015

Ashley McLaughlin
Marketing Coordinator
Vesta Corporation

# EXHIBIT A



**Attorney-Client Communication**

**From:** Rishea Gentry [mailto:rgentry@indatus.com]
**Sent:** Saturday, December 21, 2013 12:49 PM
**To:** Ashley McLaughlin <AMcLaughlin@vestacorp.com>
**Cc:** Debbie Halverson <dhalverson@indatus.com>
**Subject:** RE: Vesta-Winthrop Sq and Londonberry Gardens

Attached is the updated spreadsheet of the properties general, emergency mailboxes and there security codes and reporting username. Feel free to let me know if you need anything else.

If you have any questions or if we can be of futher assitance to you, please contact our Customer Care Team at 1-855-463-2887 or at customercare@indatus.com

Thank you.

Rishea Gentry
Customer Care

**Indatus**
*Data Inspired.*
800.727.4246 ext. 172 *ph*
812.945.6355*fx*

---

**From:** Ashley McLaughlin [mailto:AMcLaughlin@vestacorp.com]
**Sent:** Friday, December 20, 2013 2:45 PM
**To:** Rishea Gentry
**Subject:** RE: Vesta-Winthrop Sq and Londonberry Gardens

Thank you!

Can you include the general mailbox as well?

VCORP000337

Ashley McLaughlin | Marketing Coordinator | Vesta Corporation
175 Powder Forest Drive | Weatogue , CT 06089
T.(860) 325-1700 | D.(860) 325-1716 | F.(860) 784-1978
website | careers | email

---

**From:** Rishea Gentry [mailto:rgentry@indatus.com]
**Sent:** Friday, December 20, 2013 2:38 PM
**To:** Ashley McLaughlin
**Subject:** Vesta-Winthrop Sq and Londonberry Gardens

Ashley,

Below is the information on Winthrop Square & Londonberry Gardens. I hope to have the spreadsheet to you by end of business tomorrow, if not I will have it for you Monday. Thank you so much for your patience.

| Name | DID# | Server | Emg MB | Password | Reporting Login |
|------|------|--------|--------|----------|-----------------|
| Winthrop Square | | | | | |
| Londonberry Gardens | 1-866-378-6243 | Lunar | 3258 | 8482 | username: |
| winthropsquare | password: 0000 | | | | |

If you have any questions or if we can be of futher assitance to you,  please contact our Customer Care Team at 1-855-463-2887 or at customercare@indatus.com

Thank you.

Rishea Gentry
Customer Care

Indatus
*Data Inspired.*
800.727.4246 ext. 172 *ph*
812.945.6355*fx*

🌿Please consider the environment before printing this e-mail

**Confidentiality Notice**

VCORP000338

This electronic message is intended to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged or confidential and thereby exempt and protected from unauthorized disclosure under applicable law. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is not authorized and is strictly prohibited. If you have received this communication in error, please notify the sender immediately and permanently delete the original message from your e-mail system.

VCORP000339

| Name | DID# | Server | Emg MB | Password | Gen MB | Password | Reporting Login |
|---|---|---|---|---|---|---|---|
| DEERBROOK FOREST | 877-228-6583 | Aries | 6698 | 8586 | 6699 | 8586 | deerbrookforest |
| FOREST CREEK | 855-204-4786 | Gemini | 2098 | 0000 | 2099 | 5000 | forestcreek |
| HEATHERTON DRIVE | 855-344-1230 | Virgo | 3188 | 7775 | 3189 | 7775 | heatherondrive |
| LAGO DEL MAR | 866-658-8590 | Polaris | 2778 | 0000 | 2779 | 6800 | lagdelmar |
| LAS CASITAS | 866-284-8937 | Polaris | 4658 | 0000 | 4659 | 5300 | lascasitas |
| LIBERTY PARK TOWNHOMES | 855-665-8390 | Scorpio | 5178 | 5636 | 5179 | 5636 | libertypark |
| MAPLEWOOD COURTS | 866-996-8926 | Apollo | 4428 | 1234 | 4429 | 4116 | maplewoodcourts |
| MARQUEE UPTOWN | 855-738-3808 | Polaris | 2258 | 4363 | 2259 | 4363 | marqueeuptown |
| MOHEGAN COMMONS | 855-206-8306 | Scorpio | 5698 | 0000 | 5699 | 8250 | mohegancommons |
| MONTEREY VILLAGE | 855-487-4809 | Virgo | 3468 | 2921 | 3469 | 2921 | montereyvillage |
| OAK FOREST | 866-387-6990 | Lunar | 6658 | 7025 | 6659 | 0000 | oakforest |
| RIDGE AT TIMBERLINE | 855-317-1133 | Zeus | 2918 | 6565 | 2919 | 6565 | ridgeattimberline |
| ROYAL MALL | 855-310-9770 | Draco | 5838 | 3658 | 5839 | 3658 | royalmall |
| TRAILS OF SANGER | 877-988-5338 | Titan | 6708 | 0000 | 6709 | 0024 | trailsofsanger |
| VILLA CAPRI APTS | 855-344-2387 | Virgo | 3098 | 2000 | 3099 | 2000 | villacapri |
| VILLAGE AT CHESAPEAKE | 855-898-2914 | Draco | 5648 | 2050 | 5649 | 2050 | villageatchesapeake |
| WEST BAY APTS | 855-541-7139 | Draco | 6058 | 1940 | 6059 | 1940 | westbay |
| WESTWAY GARDENS | 855-665-8389 | Scorpio | 5168 | 4881 | 5169 | 4881 | westwaygardens |
| WESTWOOD | 866-351-5395 | Polaris | 2438 | 0000 | 2439 | 2936 | westwood |

| Server | Phone # |
|---|---|
| Earth | 866-949-4360 |
| Saturn | 866-381-6290 |
| Mercury | 866-985-4250 |
| Virgo | 855-344-1230 |
| Polaris | 866-844-8830 |
| Apollo | 866-996-3450 |
| Gemini | 855-755-2445 |
| Aries | 855-406-0076 |
| Lunar | 866-387-7741 |
| Zeus | 855-277-5445 |
| Titan | 877-988-7169 |
| Draco | 855-222-1107 |

# EXHIBIT B

Thought I would let you know that I sent this email below on the 8th; never hear back, never was completed. I am following up now, but this is why I always include you on things. It doesn't get done any other way.

Thanks,



Ashley McLaughlin | Marketing Coordinator | Vesta Corporation
175 Powder Forest Drive | Weatogue , CT 06089
T.(860) 325-1700 | D.(860) 325-1716 | F.(860) 784-1978
<u>website</u> | <u>careers</u> | <u>email</u>

**From:** Ashley McLaughlin
**Sent:** Thursday, May 08, 2014 9:29 AM
**To:** 'customercare'
**Cc:** 'Debbie Halverson'
**Subject:** Heritage Apts.

Good Morning,

While running a few reports this morning on Indatus, I found Heritage Apartments in our portfolio, however, this is not one of our communities. Could this please get removed? As soon as it does, I will rerun the reports.

Thanks,

♻Please consider the environment before printing this e-mail

**Confidentiality Notice**

This electronic message is intended to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged or confidential and thereby exempt and protected from unauthorized disclosure under applicable law. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is not authorized and is strictly prohibited. If you have received this communication in error, please notify the sender immediately and permanently delete the original message from your e-mail system.

RP0012

# EXHIBIT C



CoStar000017



**Villa Serena** APARTMENTS

VESTA 24/7

VESTA MANAGEMENT SERVICES

6800 Mayfield Road
Mayfield Heights, OH 44124

**Phone: 440-449-3977**
Fax: 440-449-5799

Email: villaserena@vestacorp.com
**WEBSITE: VESTACORP.COM**

PLACE
STAMP
HERE

Take I-480 E and I-271 N to US-322 E/Mayfield Rd.
in Mayfield Heights. Take exit 34 from I-271 North
onto US 322 E/Mayfield Rd., then N/US-422 W
toward Harvard/Chagrin, then merge onto US-322
E/Mayfield Rd. Turn right onto Mayfield Rd.

CoStar000018



Take I-480 E and I-271 N to US-322 E/Mayfield Rd.
in Mayfield Heights. Take exit 34 from I-271 North
onto US 322 E/Mayfield Rd., then N/US-422 W
toward Harvard/Chagrin, then merge onto US-322
E/Mayfield Rd. Turn right onto Mayfield Rd.



6800 Mayfield Road
Mayfield Heights, OH 44124

**Phone: 440-449-3977**
Fax: 440-449-5799

Email: villaserena@vestacorp.com
**WEBSITE: VESTACORP.COM**




VESTA
MANAGEMENT
SERVICES

VESTA
24/7

Affordable Senior Living for 62 and over



CoStar000020

# Villa Serena 62+ Affordable Senior Community

- Studios and One Bedrooms
- Shuttle Service
- Balconies on Every Floor
- Community Library with Computers
- Internet Access
- All Utilities Included!
- On-Site Management and Maintenance
- Access Entry for Every Building
- Laundry Room on Every Floor

## Call About Our Specials



Villa Serena is a 62 and over independent affordable apartment community. Amenities include shuttle service, onsite management and maintenance, lounges, balconies on every floor, community library with computers and internet access and resident services and activities. All utilities are included! Rent is based on income; income restrictions do apply and applicants and residents must qualify.



Alcove Studio

Studio

Studio Corner

One Bedroom

CoStar000021

# EXHIBIT D

Thanks Ashley! Sorry to bother you with this, but there was another company in Texas, Vesta Management Services, that we had labeled as Vesta too. So this will help straighten everything out.

Thanks again,
$$$$$..

Ryan Sweeney
National Sales Executive

Indatus
Data Inspired
800.727.4246 ext. 159
24/7 Customer Support (855) INDATUS or (855) 463-2887-

On 4/13/15, 4:21 PM, "Ashley McLaughlin" <AMcLaughlin@vestacorp.com> wrote:

>Here is our most up to date portfolio listing.  We have been having
>problems with some other companies using our name.
>
>
>
>
>
>
>Ashley McLaughlin | Marketing Coordinator | Vesta Corporation
>175 Powder Forest Drive | Weatogue , CT 06089
>T.(860) 325-1700 | D.(860) 325-1716 | F.(860) 784-1978
>website | careers | email
>
>
>
>
>-----Original Message-----
>From: Ryan Sweeney [mailto:rsweeney@indatus.com]
>Sent: Monday, April 13, 2015 3:43 PM
>To: Ashley McLaughlin
>Subject: Property List
>
>Hey Ashley,
>
>I hope all is good. I am not ready to talk about basketball yet, it is
>still too fresh. But the good news is, I don't have to say "Go Huskies"
>anymore....
>
>I was wondering if you could do me a favor. Apparently there are like 3
>companies that use our service that are also named Vesta. We are trying
>to get them all straightened out. Would you be able to provide me a
>property list of all your properties so that we can make sure everything
>is straight?

>
>Thanks,
>................
>
>Ryan Sweeney
>National Sales Executive
>
>Indatus
>Data Inspired
>800.727.4246 ext. 159
>24/7 Customer Support (855) INDATUS or (855) 463-2887-
>
>
>PPlease consider the environment before printing this e-mail
>
>
>Confidentiality Notice
>
>This electronic message is intended to be used exclusively by the
>individual or entity to which it is addressed. This message may contain
>information that is privileged or confidential and thereby exempt and
>protected from unauthorized disclosure under applicable law. If the
>reader of this message is not the intended recipient, or an employee or
>agent responsible for delivering the message to the intended recipient,
>be aware that any disclosure, dissemination, distribution or copying of
>this communication, or the use of its contents, is not authorized and is
>strictly prohibited. If you have received this communication in error,
>please notify the sender immediately and permanently delete the original
>message from your e-mail system.

# EXHIBIT E

# ANSWER AUTOMATION

## Answer Automation Report (09/01/2015 - 09/14/2015)

| Property Name | Total Calls | Units | General | Leasing | Courtesy | Emergency | Avg. Response |
|---|---|---|---|---|---|---|---|
| 3939 Rosemeade | 182 | 138 | 8 | 16 | 0 | 1 | 00:00:42 |
| Beechwood Gardens | 49 | 82 | 10 | 4 | 0 | 2 | 00:01:37 |
| Countryside Village | 115 | 283 | 11 | 7 | 0 | 3 | 00:14:50 |
| Highland Terrace Apts | 7 | 126 | 1 | 0 | 0 | 5 | 00:06:04 |
| Historic Asylum, Townley and Clearview | 161 | 115 | 14 | 12 | 0 | 3 | 00:00:49 |
| Liberty Park Townhomes | 0 | 184 | 0 | 0 | 0 | 0 | 00:00:00 |
| Maplewood Courts | 53 | 94 | 3 | 2 | 0 | 7 | 00:54:38 |
| Mohegan Commons | 73 | 183 | 6 | 4 | 0 | 4 | 00:10:36 |
| Monterey Village | 32 | 163 | 1 | 3 | 0 | 1 | 00:00:45 |
| Moosup Gardens | 65 | 89 | 14 | 4 | 0 | 1 | 00:00:39 |
| Northtowne Apts | 172 | 313 | 7 | 16 | 0 | 16 | 00:10:07 |
| Rainbow Terrace | 427 | 484 | 14 | 12 | 0 | 18 | 00:01:50 |
| Regency Square | 159 | 66 | 16 | 3 | 0 | 4 | 00:05:10 |
| Royal Mall | 141 | 168 | 7 | 13 | 0 | 5 | 00:22:40 |
| Village at Chesapeake | 266 | 179 | 10 | 11 | 0 | 16 | 00:17:29 |
| West Bay Apts | 56 | 240 | 1 | 4 | 0 | 4 | 00:10:43 |
| Westview Apts | 274 | 335 | 12 | 12 | 0 | 0 | 00:00:00 |
| Westway Gardens | 618 | 300 | 48 | 26 | 0 | 8 | 00:00:52 |
| Windham Heights | 92 | 350 | 3 | 1 | 0 | 12 | 00:04:32 |
| Winthrop Square Londonberry Gardens | 138 | 381 | 7 | 10 | 0 | 14 | 00:00:56 |

VCORP000336

# EXHIBIT F

HOME     ABOUT US     RESIDENTIAL COMMUNITIES     RESIDENT SERVICES     MANAGEMENT SERVICES     EMPLOYMENT     CONTACT US

## Refine Search

State:    Select State  ▼

City:    Select Metro/City  ▼

Bedrooms       Bathrooms
---  ▼       ---  ▼

Map data ©2015 Google, INEGI

Sort Results:    ---Name---  ▼



**1**

### 3939 Rosemeade
3939 Rosemeade, Dallas, TX 75287

Please see property website for details.

**(972) 306-7424**

Bedrooms:    1 - 2
Bathrooms:    1 - 2



**2**

### Arbors of Austin
1070 Mearns Meadow Blvd, Austin, TX 78758

Please see property website for details.

**(512) 339-6033**

Bedrooms:    1 - 2
Bathrooms:    1 - 2



**3**

### Copper Crossing
5644 Riverwalk Drive, Benbrook, TX 76109

Copper Crossing Apartment Homes in Fort Worth, Texas offers a comfortable and carefree lifestyle. We are conveniently located just minutes away from shopping, dining, entertainment, and the Trinity walking trails. Copper Crossing offers smartly designed one and two bedroom homes and are currently in the process of a multi-million dollar interior renovation.
Our newly upgraded apartment homes feature designer paint schemes, crown molding, brushed nickel lighti ...

**(817) 737-4033**

Bedrooms:    1 - 2
Bathrooms:    1 - 2



**4**

### Creekside at Northlake
8299 Small Block Rd., Northlake, TX 76262

**(817) 854-0011**

Please see property website for details.

Bedrooms:    1
Bathrooms:    1



**5**

### Cypress Club
2004 Sherry Dr., Arlington, TX 76010

**(817) 265-7067**

Please see property website for details.

Bedrooms:    1 - 2
Bathrooms:    1 - 2



**6**

### Dawson Forest
100 Green Forest Dr., Dawsonville, GA 30534

**(706) 216-4292**

Please see property website for details.

Bedrooms:    1 - 3
Bathrooms:    1 - 2



**7**

### Derby Park
606 W. Palace Parkway, Grand Prairie, TX 75050

**(972) 262-2784**

Find incredible luxury and style at Derby Park Apartments in Grand Prairie, Texas. Our country style community is just off of I-30 and Belt Line Road, and within a 1/2 mile of Lone Star Park and Nokia Theatre. We are minutes from the horse track, the Ballpark of Arlington, Six Flags Over Texas and Hurricane Harbor Water Park.
Our one and two bedroom apartments come in several unique floor plans and have unusual designs such as curved walls. All homes have full size ...

Bedrooms:    1 - 2
Bathrooms:    1 - 2



**8**

### Estrada Oaks
2115 Estrada Parkway, Irving, TX 75061

**(972) 871-1167**

At Estrada Oaks, we offer more than apartment living, we offer a convenience for living life. Centrally located in Irving, Texas, you'll have easy access to major highways and thoroughfares, as well as fine shopping and exquisite dining. If you don't feel like leaving the property, you can enjoy our swimming pool with sun deck, tennis court, business center, fitness center, multiple courtyards, or picnic area.
Our one and two bedroom homes feature two-inch wo ...

Bedrooms:    1 - 2
Bathrooms:    1 - 2

**9**

### Fountaingate
5210 Tower Dr, Wichita Falls, Tx 76310

**(940) 691-0931**

Please see property website for details.

Bedrooms:    1 - 2
Bathrooms:    1 - 2



**10**

### Hunter's Cove
3056 Commodore Dr., Grand Prairie, TX 75052

Please see property website for details.

**(972) 988-1616**

Bedrooms:    1 - 2
Bathrooms:   1 - 2



**11**

### Lago Del Mar Apartments, I
7550 Country Club Dr., Laredo, TX 78041

Please see property website for details.

**(956) 753-6800**

Bedrooms:    1 - 2
Bathrooms:   1 - 2



**12**

### Lago Del Mar Apartments, II
7550 Country Club Dr., Laredo, TX 78041

Please see property website for details.

**(956) 753-6800**

Bedrooms:    1 - 2
Bathrooms:   1 - 2

**13**

### Lancaster
20100 Park Row, Katy, TX 77449

Please see property website for details.

**(281) 829-2227**

Bedrooms:    1 - 2
Bathrooms:   1 - 2



**14**

### Las Casitas Townhomes
1369 N Hampton, DeSoto, TX 75115

Located in the beautiful DeSoto, Texas, Las Casitas Apartments provide suburban comfort meshed with convenience ... the perfect combination for your busy lifestyle. Choose from one, two, and three-bedroom designs featuring large one-story floor plans as well as bi-level townhomes ranging up to 1,180 square feet!
Conveniently situated to I-35 and I-20, Las Casitas features easy access to the entire Dallas-Fort Worth Metroplex. More importantly, top qualit ...

**(972) 223-5300**

Bedrooms:    1 - 3
Bathrooms:   1 - 2



**15**

### Mayfair Park
7450 N. Shepherd, Houston, TX 77091

Please see property website for details.

**(713) 695-9600**

Bedrooms:    1 - 2
Bathrooms:   1 - 2

16 

### Northgate Hills
9024 Northgate, Austin, TX 78758

Please see property website for details.

**(512) 834-8717**

Bedrooms:   1 - 3
Bathrooms:   1 - 2

17 

### Park at Galleria
550 Hampton Park Dr., Hoover, AL 35216

Please see property website for details.

**(205) 987-0667**

Bedrooms:   1 - 3
Bathrooms:   1 - 2

18 

### Park at Willowbrook
7100 Smilingwood Lane, Houston, TX 77086

Please see property website for details.

**(281) 820-4346**

Bedrooms:   1 - 2
Bathrooms:   1 - 2

19 

### Parkview Place
2111 N. Austin Ave. , Georgetown, TX 78626

Please see property website for details.

**(512) 819-0033**

Bedrooms:   1 - 2
Bathrooms:   1 - 2

20 

### Piedmont
7510 Decker Road, Baytown, TX 77520

Please see property website for details.

**(281) 424-2100**

Bedrooms:   1 - 3
Bathrooms:   1 - 2

21

### Place at Galleria
One Hampton Place, Birmingham, AL 35216

Please see property website for details.

**(205) 823-4999**

Bedrooms:   1 - 3
Bathrooms:   1 - 2

**22** 

### Providence at Champions
5100 FM 1960 Rd W, Houston, TX 77069

**(281) 880-9698**

Welcome to Providence at Champions Apartment Homes! With rich, sophisticated exterior treatments and updated refinished interiors, all the smallest details are attended to. You'll be impressed with the variety of spacious and unique floor plans, each with great features, including (in select units) bookcases, fireplaces, washer and dryer connections. We can place Welcome to Riverington Place Apartment Homes! Residents of Greenjoy the sophistication of...

Bedrooms:  0 - 2
Bathrooms:  1 - 2

**23** 

### Remington Place
1909 Fyrie Court, Raleigh, NC 27604

**(919) 851-2211**

Our apartment community is nestled amongst the trees near scenic Lake Johnson and is only minutes away from downtown Raleigh, I-40, I-440, Cary Town Center, and NC State.
We are proud to offer modern one and two bedroom apartment homes with open floor plans designed to maximize space and comfort. All of our apartment homes feature custom, built-in bookshelves, spacious closets, wooded views, washer/drye ...

Bedrooms:  1 - 2
Bathrooms:  1 - 2

**24** 

### Renaissance at Galleria
3800 Galleria Woods Drive, Hoover, AL 35244

**(205) 987-9555**

Please see property website for details.

Bedrooms:  1 - 3
Bathrooms:  1 - 2

**25** 

### Rosemont Cityview
1650 Barnes Mill Road, Marietta, GA 30062

**(770) 423-0271**

Please see property website for details.

Bedrooms:  1 - 2
Bathrooms:  1 - 2

**26** 

### Sedona Springs
1516 Arbor Town Circle, Arlington, TX 76011

**(817) 265-4142**

Please see property website for details.

Bedrooms:  1 - 2
Bathrooms:  1 - 2

**27**

### Sugar Creek
950 Duncan Perry Road, Grand Prairie, TX 75050

**(972) 660-3017**

Live the life you've dreamed of! Design your own apartment home by picking some of our upgrade options and embrace the surrounding area!
Sugar Creek Apartments offers versatility in a comfortable and relaxed lifestyle. If you love hanging out in Dallas or like meeting friends in Ft Worth we are perfectly located for access to both metropolitan areas. Our location offers exciting night life, incredible shopping and we are minutes away from Arlington, The Hear ...

Bedrooms:  1 - 2
Bathrooms:  1 - 2

28 

### Sutter Creek
2216 Plum Lane, Arlington, TX 76010

Please see property website for details.

**(817) 265-2073**

29 

### Sweetwater at Buckingham
540 Buckingham Rd. , Richardson, TX 75081

Please see property website for details.

**(972) 470-3000**

Bedrooms:    1 - 2
                 2

Bedrooms:    1 - 3
Bathrooms:   1 - 2

30 

### The Timbers
5900 Timbercreek Lane, Raleigh, NC 27612

Welcome to The Timbers Apartment Homes in Raleigh, North Carolina, where you will find a convenient location at affordable prices. We are located close to Crabtree Valley Mall and the beltline, so you will only be minutes away from all that Raleigh has to offer.

Our one and two bedroom apartment homes feature huge closets, bay windows, a patio or balcony and more. With our community amenities, you can live an active life without breaking the bank. Our a ...

**(919) 781-1505**

Bedrooms:    1 - 2
Bathrooms:   1 - 2

31 

### The Trails of Sanger
11501 Marion Rd, Sanger, TX 76266

Welcome to The Trails Apartments, a hidden paradise in Sanger, Texas! We are nestled near Lake Ray Roberts off of I-35 near Denton, Gainesville and minutes from Winstar Casino in Thackerville, Oklahoma. Residents enjoy being conveniently l ...

**(940) 458-0027**

Bedrooms:    1 - 3
Bathrooms:   1 - 2

32 

### The Trestles
3008 Calvary Drive, Raleigh, NC 27604

Welcome to The Trestles Apartment Homes in Raleigh, North Carolina, where you will find sensible homes in a convenient location. Close to the city but tucked away from the busy traffic, The Trestles is right around the corner from shopping, dining, entertainment and employment. We are close to I-440 and I-540 and within walking distance of public transportation which will ease your morning commute.

Our one and two bedroom apartment homes feature firepla ...

**(919) 876-6011**

Bedrooms:    1 - 2
Bathrooms:   1 - 2

33 

### Westview Apartments
201 W. Southwest Pkwy, Lewisville, TX 75067

Please see property website for details.

**(972) 436-7443**

Bedrooms:    1 - 3
Bathrooms:   1 - 2

34

### Westwood Townhomes
603 W. Center Street, Duncanville, TX 75116

Located in peaceful Duncanville, Texas, close to schools and scenic parks, Westwood Townhomes offers spacious living amidst picturesque, well-maintained grounds and green spaces, complimented with pleasing architecture.
This tranquil community blends an exceptional apartment and townhome lifestyle with top-tier features and amenities, resulting in the ideal new home for you and your family.

**(972) 296-2936**

Bedrooms:    1 - 3
Bathrooms:   1 - 2

So when you're searching for the best apartments Dallas ...



35

### Windsong Apartments
1110 E. Wintergreen Road, DeSoto, TX 75115

**(972) 224-3548**

Immerse yourself in the extraordinary beauty, unparalleled service, and impressive value you'll find at Windsong Place. Enjoy the convenience of apartment home living with all the features of a custom home. Relax at our two sparkling swimming pools surrounded by manicured lush landscaping. Treat yourself to any of our great one- or two-bedroom floor plans. Let cozy, wood-burning fireplaces, private patios/balconies, and spacious walk-in closets create the retreat you're ...

Bedrooms:   1 - 2
Bathrooms:  1 - 2



36

### Windsprint Apartments
2305 Windspring Way, Arlington, TX 76014

**(817) 261-6000**

Please see property website for details.

Bedrooms:   1 - 3
Bathrooms:  1 - 2

675 Bering Drive Suite 730
Houston, TX 77057

(713) 784-6200

(713) 784-6215

© 2013 Vesta Management Services L.L.C. All rights reserved
Creative design by ellipeeinc.com