# EXHIBIT 10

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

VESTA CORPORATION,

    Plaintiff,

V.

VESTA MANAGEMENT SERVICES, LLC,

    Defendant.

CIVIL ACTION NO. 4:15-CV-00719

## **DECLARATION OF LYNN MUSULIN**

1. I am over the age of 18, believe in the obligations of an oath, and have personal knowledge of the matters set forth below.

2. I am an Administrative Assistant for Vesta Corporation, a Connecticut corporation with a principal place of business located at 175 Powder Forest Drive, Weatogue, Connecticut 06089.

3. I submit this declaration in support of plaintiff Vesta Corporation's Motion for Summary Judgment.

4. I have worked at Vesta Corporation since 2005.

5. As an Administrative Assistant, one of my job responsibilities is answering and directing calls coming in on Vesta Corporation's main number.

6. On or about November 18, 2014, I received a telephone call from a man living in a property owned by Vesta Management Services, LLC ("Vesta Management") who called Vesta Corporation when he was trying to reach Vesta Management.

7. When I asked him at which property he resided, he stated that it was a property in Texas.

8. I informed him that Vesta Corporation does not have any properties in Texas. He was insistent that "Vesta" did. Because I had heard that Vesta Corporation was investigating some properties in Texas, I asked the caller if I could place him on hold and I approached Joshua Greenblatt, Executive Vice President of Vesta Corporation, to discuss the call.

9. Mr. Greenblatt confirmed that Vesta Corporation did not have any properties in Texas.

10. I returned to the call, informed the caller of this fact, and ended the call.

11. I searched for Vesta Management on the internet and located the www.vesta24-7.com webpage, which is the website for Vesta Management.

12. I emailed Mr. Greenblatt certain information concerning Vesta Management, which I found on the www.vesta24-7.com webpage. A true and correct copy of the email that I sent to Mr. Greenblatt is attached hereto as **Exhibit A**.

13. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 20, 2015

*Lynn Musulin*
Lynn Musulin
Administrative Assistant
Vesta Corporation

# EXHIBIT A

# Beth Sanchez

| | |
|---|---|
| **From:** | Lynn Musulin |
| **Sent:** | Tuesday, November 18, 2014 12:01 PM |
| **To:** | Joshua Greenblatt |
| **Subject:** | The mystery is solved! :) |

"Vesta Management Services is a full service Multi-Family management company headquartered in Houston. With communities located throughout Texas, Vesta's first class services include unmatched property management, operations, renovations, capital maintenance, accounting and asset management."

I'm guilty of thinking we are the only Vesta in the universe! (When, in fact, we are simply the BEST Vesta in the Universe! ☺)

Thank you,

**Lynn K. Musulin** | Corporate Accounting
Vesta Corporation | 175 Powder Forest Drive | Weatogue, CT 06089
Main: 860-325-1700 | Direct Dial: 860-325-1733 | lynn@vestacorp.com | www.vestacorp.com

1

VCORP000312