# Exhibit A

Case 4:15-cv-00719   Document 30-1   Filed on 11/13/15 in TXSD   Page 2 of 5

VESTA CORPORATION vs. VESTA MANAGEMENT SERVICES, LLC
10/08/2015                                                      Joshua Greenblatt

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| VESTA CORPORATION, | : |
| | : |
|     Plaintiff | :   CIVIL ACTION NO. |
| | :   4:15-CV-00719 |
| vs. | : |
| | : |
| VESTA MANAGEMENT SERVICES, LLC. | : |
| | : |
|     Defendant | : |

DEPOSITION OF:   JOSHUA GREENBLATT

DATE:            OCTOBER 8, 2015

HELD AT:         UPDIKE, KELLY & SPELLACY, P.C.
                 100 PEARL STREET
                 HARTFORD, CT

BRANDON HUSEBY REPORTING & VIDEO
249 Pearl Street
Hartford, CT 06103
(860) 549-1850
(800) 852-4589
Reporter: Tiffany V. Pratt, LSR #00128

Case 4:15-cv-00719   Document 30-1   Filed on 11/13/15 in TXSD   Page 3 of 5

VESTA CORPORATION vs. VESTA MANAGEMENT SERVICES, LLC
10/08/2015                                                    Joshua Greenblatt

```
 1   around McAllen.  Is that sort of an accurate summary?
 2        A    That is an accurate summary.
 3        Q    So I'd like to shift focus a little bit and talk
 4   more about what Vesta Corporation does, for lack of a
 5   better word.  So how would you describe Vesta
 6   Corporation's scope of services?
 7        A    We are a fully integrated affordable housing
 8   company.
 9        Q    All right.  So what does fully integrated
10   mean?
11        A    We develop, own and manage affordable
12   properties.
13        Q    Now, I noticed that the "affordable properties"
14   is a term that you all use on your website as well.  So
15   what is an affordable property?
16        A    An affordable property is a property in
17   which -- in which the property rents to households who
18   make less than 100 percent of AMI.
19        Q    All right.  So you said that you all develop,
20   own and manage properties; is that correct?
21        A    Correct.
22        Q    So within the development portion of you all's
23   services, who exactly are your consumers?  Who are the
24   people that you're selling the product or the services
25   that Vesta Corporation has to offer?  Who are you selling
```

VESTA CORPORATION vs. VESTA MANAGEMENT SERVICES, LLC

10/08/2015                                                                 Joshua Greenblatt

```
 1       Q    Were the investors' offices renting apartments
 2   from Vesta Corporation in Texas?
 3       A    No.
 4       Q    And were they managing properties for Vesta
 5   Corporation in Texas?
 6       A    No.
 7       Q    I actually asked that backwards.  Were they
 8   asking Vesta Corporation to manage properties?
 9       A    No.
10       Q    Did Vesta Corporation target consumers in Texas
11   between the years of 2006 to 2014?
12            MR. MARKS:  Objection, vague as to
13       target.
14            MS. MENAGE:  I'll rephrase.
15   BY MS. MENAGE:
16       Q    Did Vesta Corporation advertise any properties
17   in Texas between the years 2006 and 2014?
18       A    Not to my knowledge.
19       Q    Kind of final wrap-up questions here.  The first
20   one is:  If you know, what's the meaning of the word
21   Vesta?
22       A    I believe it is the Roman goddess of hearth and
23   home.
24       Q    Have you ever heard the name Vesta or the word
25   Vesta associated with any other property-related
```

VESTA CORPORATION vs. VESTA MANAGEMENT SERVICES, LLC

10/08/2015                                                    Joshua Greenblatt

```
 1                    C E R T I F I C A T I O N

 2     STATE OF CONNECTICUT:
       COUNTY OF HARTFORD:
 3

 4         I, TIFFANY V. PRATT, a Notary Public duly
       commissioned and qualified in and for the State of
 5     Connecticut, do hereby certify that pursuant to Notice
       there came before me on the 8th of October, 2015, the
 6     following named person, to wit:  OCTOBER 8, 2015, who was
       previously duly sworn to testify to the truth and nothing
 7     but the truth; that he was thereupon examined upon his
       oath; that the examination was reduced to writing by
 8     computer under my supervision and that this transcript is
       a true record of the testimony given by said witness.
 9

10         I further certify that I am neither attorney nor
       counsel for, nor related to, nor employed by any of the
11     parties to the action in which this deposition was taken,
       and further, that I am not a relative or employee of any
12     attorney or counsel employed by the parties hereto, or
       financially interested in the outcome of this action.
13
           In witness whereof I have hereunto set my hand
14
           this 13th day of October, 2015.
15

16
                               _____
17                                  Tiffany V. Pratt
18                                  Notary Public

19

20     My Commission expires
            July 31, 2020
21

22

23

24

25
```