# Exhibit B

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## NAME AVAILABILITY SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** vesta

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 12019310 | VESTA, L.P. | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| ○ | 12055906 | VESTA MANAGEMENT CORPORATION | Foreign For-Profit Corporation | In existence | Legal | In use |
| ○ | 33506700 | VESTA ENTERPRISES, INC. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 708671222 | VESTA VENTURES, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800208559 | Vesta Holdings, L.L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800233060 | VESTA SOLUTIONS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800477707 | Vesta Advisors LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800481600 | Vesta Capital LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800481662 | Vesta Partners LP | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| ○ | 800481764 | The Vesta Fund LP | Domestic Limited Partnership (LP) | In existence | Legal | In use |

Records 1 to 10 of 1548 scroll    [ Next >> ]    OR   proceed to page [    ] of 155 pages   [ GO ]

[ Return to Order ]   [ New Search ]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## NAME AVAILABILITY SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** vesta

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 800481774 | Vesta Trading LP | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| ○ | 800843103 | VESTA MEDICAL, LLC | Foreign Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800963058 | Vesta Energy, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801124508 | Vesta Studios, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801378505 | Vesta Resources, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801501311 | Vesta Recycling Inc | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 801550215 | Vesta's House, Inc. | Domestic Nonprofit Corporation | In existence | Legal | In use |
| ○ | 801602634 | Vesta IT LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801677944 | Vesta FR, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801743621 | Vesta iQ, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 11 to 20 of 1548 scroll   [<< Previous]   [Next >>]   OR   proceed to page [   ] of 155 pages   [GO]

[Return to Order]   [New Search]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

### NAME AVAILABILITY SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** vesta

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 801948251 | VESTA PROPERTIES LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802063465 | Vesta Equity Corporation | Foreign For-Profit Corporation | In existence | Legal | In use |
| ○ | 802077956 | Vesta Woodline GP, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802093261 | Vesta Services, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 703276722 | VESTA REA & ASSOCIATES, L.L.C. | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800118845 | Vesta International Trading, Inc. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 800208562 | Vesta Land Management, L.P. | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| ○ | 800911412 | VESTA HOME CARE, INC. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 801158950 | Vesta Community Development LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801240492 | Vesta Restaurant Group, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 21 to 30 of 1548 scroll   << Previous     Next >>    OR   proceed to page [     ] of 155 pages   GO

Return to Order     New Search

---

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## NAME AVAILABILITY SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** vesta

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 801381460 | Vesta Management Services, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801551983 | VESTA ROYALTY MANAGEMENT, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801551986 | VESTA ROYALTY PARTNERS, LP | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| ○ | 801638696 | Vesta Holdings North America, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801738210 | Vesta Investor Group, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801859988 | Vesta PP Group, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801916536 | VESTA REAL ESTATE THE WOODLANDS LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 801932182 | VESTA SOFTWARE SOLUTIONS INC | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 802088263 | VESTA'S EP PROPERTY LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802218700 | Vesta Professional Inspection, PLLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 31 to 40 of 1548 scroll  [<< Previous]   [Next >>]   OR   proceed to page [    ] of 155 pages  [GO]

[Return to Order]   [New Search]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

## NAME AVAILABILITY SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** vesta

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 802225240 | Vesta Equity Galilean, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802227119 | Vesta Equity El Patrimonio, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802227765 | Vesta Equity Amistad, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802227797 | Vesta Equity La Estancia, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802265957 | Vesta Equity Cullen, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802271529 | Vesta Management TX, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 12347906 | VESTAS-AMERICAN WIND TECHNOLOGY, INC. | Foreign For-Profit Corporation | In existence | Legal | In use |
| ○ | 802222344 | Vesta ERI Rio Grande, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802225195 | Vesta Equity Rio de Vida, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802225220 | Vesta Equity Gates of Capernum, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 41 to 50 of 1548 scroll   [<< Previous]   [Next >>]   OR   proceed to page [____] of 155 pages   [GO]

[Return to Order]   [New Search]

---

Instructions:
- To view additional information pertaining to a particular filing select the number associated with the name.
- To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# CARLOS H. CASCOS

UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout

### NAME AVAILABILITY SEARCH

This search was performed on with the following search parameter:
**ENTITY NAME :** vesta

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ○ | 802227115 | Vesta Equity Padre de Vida, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802227823 | Vesta Equity El Pueblo Dorado, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802228829 | Vesta Equity Pueblo de Paz, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 802225154 | Vesta Equity Vida Que Canta, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 12010610 | VESTER CO., LTD. | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| ○ | 50240700 | VEST INC. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 127698300 | VISTA G.P., INC. | Domestic For-Profit Corporation | In existence | Legal | In use |
| ○ | 800510323 | Vestment LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800831228 | VESTITA GP, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 800831235 | VESTITA, LP | Domestic Limited Partnership (LP) | In existence | Legal | In use |

Records 51 to 60 of 1548 scroll   [<< Previous]   [Next >>]   OR   proceed to page [     ] of 155 pages   [GO]

[Return to Order]   [New Search]

---

Instructions:
● To view additional information pertaining to a particular filing select the number associated with the name.
● To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.