# Exhibit E

**From:**      David Johnson <djohnson@ellipseinc.com>
**Sent:**      Tuesday, July 14, 2015 5:37 PM
**To:**        Lisa Benson
**Subject:**   FW: Property Link Question--VESTA

**David Johnson | National Sales Director**
**Ellipse Communications**
Direct: 913-439-1516 | Office: 214-237-0199
TF: 888-678-3869 | F: 757-238-5477
Email • Website • Facebook • Twitter

**From:** Bryan Head [mailto:bhead@vesta24-7.com]
**Sent:** Tuesday, March 10, 2015 1:07 PM
**To:** David Johnson
**Subject:** Property Link Question

David,

I have a question for you. I see a couple of properties listed on our website that say DC. We don't have any properties in DC.

Also, are we able to populate our new property links on the existing corporate website to punch visitors out to the new site? I was not able to figure out how to do that in the toolbox if yes.

Thanks for your help.

**Please Note New Suite and Office # Below:**

**Bryan Head, CAM | Vice President Business Operations | Vesta Management Services, LLC**
675 Bering Drive Suite 730 | Houston, TX 77057 | ☎  832-962-8030
 🌐 **www.vesta24-7.com** | ✉ **bhead@vesta24-7.com**



The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.

ELL000014

**From:**             David Johnson <djohnson@ellipseinc.com>
**Sent:**              Tuesday, July 14, 2015 5:39 PM
**To:**                Lisa Benson
**Subject:**         FW: Other Vesta- VESTA


David Johnson | National Sales Director
Ellipse Communications
Direct: 913-439-1516 | Office: 214-237-0199
TF: 888-678-3869 | F: 757-238-5477
Email * Website * Facebook * Twitter

-----Original Message-----
From: David Johnson
Sent: Thursday, March 26, 2015 9:03 AM
To: 'Bryan Head'
Subject: RE: Other Vesta

Vesta Corp had signed up for our Relate 24/7 product. Villages at Chesapeake Avalon and Park Southern (Both DC properties), By a Michael Strongbow in June. Somehow those two properties were migrated to your website Vesta 24-7.

David Johnson | National Sales Director
Ellipse Communications
Direct: 913-439-1516 | Office: 214-237-0199
TF: 888-678-3869 | F: 757-238-5477
Email * Website * Facebook * Twitter

-----Original Message-----
From: Bryan Head [mailto:bhead@vesta24-7.com]
Sent: Thursday, March 26, 2015 8:31 AM
To: David Johnson
Subject: Other Vesta

David

Have you been able to dig any deeper into how the other Vesta properties showed on our website? We really need to try and figure this out.

Thanks.

Bryan M. Head, CAM
832-452-8748
_____

The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.

ELL000015