United States District Court
Southern District of Texas
**ENTERED**
December 10, 2015
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| VESTA CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-719 |
| | § | |
| VESTA MANAGEMENT, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Docket Call in this case is converted to a hearing for oral argument on Vesta Corporation's motion for summary judgment, (Docket Entry No. 26), and Vesta Management Services, LLC's motion for summary judgment, (Docket Entry No. 28). The hearing will occur as scheduled on December 15, 2015, at 2:00 p.m. in Courtroom 11-B.

SIGNED on December 10, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge