# EXHIBIT 3

_____
                                    )
VESTA CORPORATION,                  )
                                    )        CIVIL ACTION NO. 4:15-CV-00719
      Plaintiff,                     )
                                    )
V.                                  )
                                    )
VESTA MANAGEMENT SERVICES, LLC,     )
                                    )
      Defendant.                     )
_____)

## **SUPPLEMENTAL DECLARATION OF ASHLEY McLAUGHLIN**

1.      I am over the age of 18, believe in the obligations of an oath, and have personal knowledge of the matters set forth below.

2.      I am the Marketing Coordinator of Vesta Corporation, a Connecticut corporation with a principal place of business located at 175 Powder Forest Drive, Weatogue, Connecticut 06089.

3.      I submit this declaration in support of plaintiff Vesta Corporation's Motion for Summary Judgment.

4.      I have worked at Vesta Corporation since 2012.

5.      As Marketing Coordinator, my job responsibilities include liaising with vendors, assisting with marketing our communities, including through print and virtual media, overseeing apartment occupancy, and coordinating company and charitable events.

6.      Vesta Corporation orders its business cards from Illustratus, which charges Vesta Corporation $33.45 for 500 dual-sided color business cards.  A true and correct copy of Invoice No. N757733-IN from Illustratus is attached hereto as **Exhibit A**.

7.      Vesta Corporation typically orders business cards for its properties in sets of 500 and brochures for its properties in sets of 250, which is standard for the industry.  *See*

_____

Ex. A and a true and correct copy of an Advertiser Agreement between Vesta Corporation and Apartment Finder for the purchase of brochures, attached hereto as **Exhibit B**

8.      Vesta Corporation orders its property banners from Illustratus, which charges Vesta Corporation $74.00 for a three foot by eight foot banner. A true and correct copy of Invoice No. N809203-IN from Illustratus is attached hereto as **Exhibit C**.

9.      Vesta Corporation orders signs for its properties from Apartment Ideas, which charges Vesta Corporation $45.50 for an 18 inch by 24 inch dual-sided color sign and sign stand. A true and correct copy of Invoice No. 145678 from Apartment Ideas is attached hereto as **Exhibit D**.

10.     Vesta Corporation orders its guest cards from Illustratus, which charges Vesta Corporation $125.23 for 500 color guest cards. A true and correct copy of Invoice No. N750868-IN from Illustratus is attached hereto as **Exhibit E**.

11.     Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2016

Ashley McLaughlin
Marketing Coordinator
Vesta Corporation

# EXHIBIT A

# Invoice



**Illustratus**
8455 Lenexa Drive
Overland Park, KS 66214
(913) 725-1000

ACCOUNT NO: 01-CN700
INVOICE NO: N757733-IN
INVOICE DATE: 2/17/2015
PAYMENT DUE: Due upon receipt
TOTAL DUE: 47.61

Villa Serena
Management Office
6800 Mayfield Rd
Cleveland, OH 44124-2239

SOLD TO: Villa Serena
COMMENT: C21917

**THIS PORTION MUST BE RETURNED WITH YOUR PAYMENT**

Illustratus, a Division of Uhlig LLC, a Delaware limited liability company   Tax ID: 90-0175078

| | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Business Cards > Double- (500) | 33.45 |
| 1 | UPS Ground Shipping | 14.16 |

| | |
|---|---|
| NET INVOICE: | 47.61 |
| SALES TAX: | 0.00 |
| **TOTAL DUE:** | **47.61** |

**SEND PAYMENT TO:** Illustratus • 8455 Lenexa Drive • Overland Park, KS 66214
**FOR PROPER CREDIT, PLEASE NOTE INVOICE AND ACCOUNT NUMBER ON YOUR PAYMENT**

If you have questions about your Illustratus account, please call our customer support
hotline at 1-866-881-8900 between the hours of 8:30 a.m. and 5:30 p.m. Central Time, Monday through Friday.

## Thank you for using Illustratus!

# EXHIBIT B

# Apartment Finder™
Search smarter. Live better.

## Advertiser Agreement

The undersigned agrees to place advertising with Apartment Finder magazine and/or Apartmentfinder.com publications of Network Communications, Inc. based on the terms, contract length, and effective start period listed below:

Network Communications, Inc.
Apartment Finder
2 Sun Court - Suite 300
Norcross, GA 30092

### Core Advertising

| Package | Core | (2) | | | | | Term Start | End | Recurring Rate (monthly unless specified) Gross | Discount | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FinderPak | | | | | | | | | | | |
| FinderPlus | | | | | | | | | | | |
| FinderPro | | | | | | | | | | | |

### Additional Advertising \ Marketing Items

| | Product | Notes | Start | End | Gross | Discount | Net |
|---|---|---|---|---|---|---|---|
| | Custom / Management Page | | | | | | |
| | Front Cover | | | | | | |
| | Inside Front Cover | | | | | | |
| | Back Cover | | | | | | |
| | Inside Back Cover | | | | | | |
| | OnDemand Digital ( ODD ) | | | | | | |
| | OnDemand Extreme ( ODX ) | | | | | | |
| | OnDemand Email ( ODE ) | | | | | | |
| | Promo (specify) | 250 mini-brochures | 12.1.2014 | 12.31.2014 | $ 325.00 | | $ 325.00 |
| | Promo Pak (specify) | | | | | | |
| | Other (specify) | | | | | | |

### Advertiser and Billing Information

**Advertiser**

| Villa Serena Apartments | | | |
|---|---|---|---|
| *Advertiser Name* | | | |
| 6800 Mayfield Road | Mayfield Heights | OH | 44124 |
| *Address* | *City* | *State* | *Zip* |
| 440-449-3977 | | | |
| *Phone Number* | | *Fax Number* | |
| villaserene@vestacorp.com | | | |
| *E-mail* | | *# of Units* | |

**Property Management Group**

| Vesta Corporation | | | |
|---|---|---|---|
| *Management Group Name* | | | |
| 175 Powder Forest Drive | Weatogue | CT | 06089 |
| *Address* | *City* | *State* | *Zip* |
| Ashley McLaughlin | | 860-325-1716 | |
| *Contact* | | *Phone Number* | |
| | | | |
| *E-mail* | | *Fax Number* | |

**Billing Address ( if different than Advertiser Info )**

| | |
|---|---|
| *Address ( line 1 )* | *Address ( line 2 )* |
| *City* | *State* | *Zip* |
| *Phone Number* | *Fax* |
| Maria Monroe | |
| *Billing Contact* | *Email* |

**Additional Comments**

250 mini-brochures@ $140 + design fee of $120 + shipping of $15= total: $275

### Terms and Conditions

1. On behalf of the Owner and Management Company identified above, the Advertiser agrees that at the end of the term specified above, this Advertising Agreement will continue to renew on an issue-to-issue basis, at the highest prevailing published rate.

2. Advertiser warrants that it has the right to use all material submitted to NCI and publication of such material does not violate any applicable law, regulation or ordinance.

3. Advertiser agrees to save, hold harmless & defend NCI and from any and all claims, causes, or demands arising out of the advertising submitted and published by NCI or for any other breach of this agreement or any representation or warranty contained herein.

4. NCI, notwithstanding any language herein to the contrary, reserves the right to refuse any and all advertising for any reason.

5. NCI reserves the right to collect its full, single issue, page rate from Advertiser in the event that Advertiser fails or refuses to advertise in all issues as agreed herein, _____ (initial). Payment terms are net 30 days from invoice date, Past due amounts shall bear interest at the rate of 1.5% per month(or highest prevailing legal rate) from invoice date.

6. While NCI shall use due care and diligence in the publication of each issue, NCI shall not be responsible for errors, omissions, misprints, or mistakes.

7. If Advertiser has selected Call Recording, Advertiser agrees to comply with all state and federal law or regulations regulating the recording of telephone calls or email communications, including but not limited to , written notice to employees along with employees acknowledgement of receipt of the notice, Advertising shall indemnify, hold harmless and defend NCI of and from any claims, penalties, fines or actions brought against NCI by any third party of violations of such laws or regulations, including any state or federal government agency. _____ (initial)

8. Together with the Rate Card and the ApartmentFinder.com Multi-Family On-Line Order Form and its Terms and Conditions (if internet advertising also ordered), this Agreement constitutes the entire agreement and cannot be amended except in writing signed by NCI and the Advertiser. If ordered as indicated above, Advertiser agrees, in using NCI's call recording services, to collect and maintain on file, at Advertisers location, written consent form from each employee for whom call recording is conducted. Advertiser acknowledges and agrees that NCI, and NCI's third party call recording vendors, if any, are relying upon this representation.

9. This Agreement shall be governed by the laws of the State of Georgia. Venue for any action arising out of this Agreement shall be in Gwinnett County, Georgia. By signing below, Advertiser submits to the jurisdiction of the courts of Gwinnett County, Georgia. The prevailing party in such action shall be entitled to all costs including attorney's fees.

10. This Agreement shall be binding upon successors and assigns if payment is made pursuant hereto or advertising is accepted.

Each signature below confirms authority to act as contracting agent for this Agreement. In addition, if internet advertising is ordered the undersigned confirms that he/she agrees that he/she has read, understands, and agrees to the ApartmentFinder.com Terms and Conditions. Terms can be viewed online at http://apartmentfinder.com/TermsOfUse along with our privacy policy at http://apartmentfinder.com/PrivacyPolicy.

### Signatures

| *Advertiser's Signature* | Joshua Greenburg | *NCI Representative Signature* | Andrew Botieri |
|---|---|---|---|
| | *Signer Name* | | *Signer Name* |
| *Title* | *Company* | *Date Signed* | *Sales Rep/ Number* |
| | | | 10/27/14 *Date Signed* |

CoStar000005

# EXHIBIT C

 **Illustratus**

# Invoice

8455 Lenexa Drive
Overland Park, KS 66214
(913) 725-1000

| | |
|---|---|
| ACCOUNT NO: | 01-BB219 |
| INVOICE NO: | N809203-IN |
| INVOICE DATE: | 9/22/2015 |
| PAYMENT DUE: | Due upon receipt |
| TOTAL DUE: | 89.24 |

Rainbow Terrace Apartments
Billbox #00-V0000323-CL
PO Box 7557
Hicksville, NY 11802-7557

| | |
|---|---|
| SOLD TO: | Rainbow Terrace Apartments |
| COMMENT: | C20551 |

**THIS PORTION MUST BE RETURNED WITH YOUR PAYMENT**

---

Illustratus, a Division of Uhlig LLC, a Delaware limited liability company   Tax ID: 90-0175078

| | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Banner (3' x 8') H (1) | 74.00 |
| 1 | UPS Ground Shipping | 15.24 |

| | |
|---|---|
| NET INVOICE: | 89.24 |
| SALES TAX: | 0.00 |
| TOTAL DUE: | 89.24 |

**SEND PAYMENT TO:** Illustratus • 8455 Lenexa Drive • Overland Park, KS 66214
**FOR PROPER CREDIT, PLEASE NOTE INVOICE AND ACCOUNT NUMBER ON YOUR PAYMENT**

If you have questions about your Illustratus account, please call our customer support
hotline at 1-866-881-8900 between the hours of 8:30 a.m. and 5:30 p.m. Central Time, Monday through Friday.

## Thank you for using Illustratus!

# EXHIBIT D



**apartmentideas.com**
info@apartmentideas.com
**1 (866) 600-2787**

**Invoice #145678**
FedEx Tracking #282437215386278
December 9th, 2015

**Apartment Ideas**
900 Loma Verde
Suite E
El Paso, TX 79936
1 (866) 600-2787

**BILL TO**
**Gates of Capernum Apartments**
**BillBox#00-V0002481-GC**
PO Box 7557
Hicksville , NY 11802

**SHIP TO**
**Gates of Capernum**
**Apartments**
8611 Waters Edge
Drive
San Antonio , TX
78227

| Item | Price |
| --- | --- |
| 1 Heavy Duty Wire Frame Bandit Sign Stand (1/4" wire stand) | $5.50 |
| 1 Double-Sided Bandit Signs (18 x 24, Prints on Coroplast) | $40.00 |

**APARTMENTS AVAILABLE!**

| Item | Price |
| --- | --- |
| 1 Heavy Duty Wire Frame Bandit Sign Stand (1/4" wire stand) | $5.50 |
| 1 Double-Sided Bandit Signs (18 x 24, Prints on Coroplast) | $40.00 |

**PET FRIENDLY!**

| Item | Price |
| --- | --- |
| 1 Heavy Duty Wire Frame Bandit Sign Stand (1/4" Wire Stand) | $5.50 |

1 Double-Sided Bandit Signs (18 x 24, Prints on Coroplast)          $40.00



1 Heavy Duty Wire Frame Bandit Sign Stand (1/4" Wire Stand)          $5.50

1 Double-Sided Bandit Signs (18 x 24, Prints on Coroplast)          $40.00

1 Heavy Duty Wire Frame Bandit Sign Stand (1/4" Wire stand)          $5.50

1 Double-Sided Bandit Signs (18 x 24, Prints on Coroplast)          $40.00



1 Heavy Duty Wire Frame Bandit Sign Stand (1/4" Wire stand)          $5.50

1 Double-Sided Bandit Signs (18 x 24, Prints on Coroplast)          $40.00

**Shipping**
$11.00

**Tax**
$23.43

**Total**
**$307.43**
*Due by January 8th,*
*2016*



## Pay Online

Pay with a credit card online

## Terms & Conditions

Thank you for your business! We strive to give you the best possible service. Your invoice is due by **January 8th, 2016**. If you are unable to pay this invoice by the required date please call 866-600-2787 to make arrangements to avoid any collection fees associated with this invoice. We want you to have the best experience possible and look forward to working with you over and over again!

This email was sent to PayVes7557-Regular@Rcash.com by info@apartmentideas.com
Apartment Ideas | 900 Loma Verde | Suite E | El Paso, TX 79936

# EXHIBIT E

# Invoice



## Illustratus

8455 Lenexa Drive
Overland Park, KS 66214
(913) 725-1000

| | |
|---|---|
| ACCOUNT NO: | 01-IU564 |
| INVOICE NO: | N750868-IN |
| INVOICE DATE: | 1/20/2015 |
| PAYMENT DUE: | Due upon receipt |
| TOTAL DUE: | 141.73 |

Highland Terrace Apartments
Management Office
852 Barnaby St SE
Apt 102
Washington, DC  20032-3907

SOLD TO:   Highland Terrace Apartments
COMMENT:   C21415

**THIS PORTION MUST BE RETURNED WITH YOUR PAYMENT**

Illustratus, a Division of Uhlig LLC, a Delaware limited liability company   Tax ID: 90-0175078

| | DESCRIPTION | AMOUNT |
|---|---|---|
| 1 | Guest Cards > Color (500) | 125.23 |
| 1 | UPS Ground Shipping | 16.50 |

| | |
|---|---|
| NET INVOICE: | 141.73 |
| SALES TAX: | 0.00 |
| TOTAL DUE: | 141.73 |

**SEND PAYMENT TO:** Illustratus • 8455 Lenexa Drive • Overland Park, KS 66214
**FOR PROPER CREDIT, PLEASE NOTE INVOICE AND ACCOUNT NUMBER ON YOUR PAYMENT**

If you have questions about your Illustratus account, please call our customer support
hotline at 1-866-881-8900 between the hours of 8:30 a.m. and 5:30 p.m. Central Time, Monday through Friday.

## Thank you for using Illustratus!