# EXHIBIT 4

| | |
|---|---|
| VESTA CORPORATION,<br><br>    Plaintiff,<br><br>V.<br><br>VESTA MANAGEMENT SERVICES, LLC,<br><br>    Defendant. | CIVIL ACTION NO. 4:15-CV-00719 |

## SUPPLEMENTAL DECLARATION OF PAUL BEARCE

1. I am over the age of 18, believe in the obligations of an oath, and have personal knowledge of the matters set forth below.

2. I am the Director of Physical Plant for Vesta Corporation, a Connecticut corporation with a principal place of business located at 175 Powder Forest Drive, Weatogue, Connecticut 06089.

3. I submit this declaration in further support of plaintiff Vesta Corporation's Motion for Summary Judgment and in opposition to defendant Vesta Management's Motion for Summary Judgment.

4. I have worked at Vesta Corporation or its predecessor since 1995.

5. As Director of Physical Plant, my job responsibilities include overseeing the physical plant of all properties in Vesta Corporation's portfolio, contract services, and purchasing of supplies and materials order from vendors.

6. On April 6, 2015, I received by email from Stephen McLoughlin of Cintas Corporation, a national supplier of corporate uniforms, a quotation for the purchasing of uniforms. A true and correct copy of the email from Stephen McLoughlin to me dated April 6, 2015 is attached hereto as **Exhibit A**.

7. Cintas Corporation quoted Vesta Corporation a price of $13.80 per shirt based on an order quantity of 70 shirts.

8. The price of $13.80 per shirt included a patch depicting Vesta Corporation's logo.

9. Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2016

Paul Bearce
Director of Physical Plant
Vesta Corporation

# EXHIBIT A



# ATTORNEY-CLIENT PRIVILEGE

**From:** McLoughlin, Stephen [mailto:McLoughlinS@cintas.com]
**Sent:** Monday, April 06, 2015 7:45 AM
**To:** Paul Bearce <paul@vestacorp.com>
**Subject:** FW: Vesta# 12368, 12412 and 14152

Paul,

Please see below for the pricing of purchasing garments.  Also, please see the 2 Agreements attached.  1 is for continuing the rental program and 1 is for the Uni-lease program where the employees launder their own garments.  Please contact me ASAP as your current Agreement has expired.  Also,  please send me the complete list of facilities and their addresses so I can add them to the MLRA.

Purchase $:
270 Pant – Qty 70  - $22.15
935 Shirt – Qty 70  - $13.80
677 jacket – Qty 28  - $31.20

Thanks

Stephen McLoughlin
Cintas Corporation
300 Highland Corp. Drive
Cumberland, RI 02864
Ofc. 401-235-6400
Fax. 401-235-6435
mcloughlins@cintas.com



This e-mail transmission contains information that is intended to be confidential and privileged. If you receive this e-mail and you are not a named addressee you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this communication without the consent of the sender and that doing so is prohibited and may be unlawful. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please delete and otherwise erase it and any attachments from your computer system. Your assistance in correcting this error is appreciated.

🌲Please consider the environment before printing this e-mail

**Confidentiality Notice**

This electronic message is intended to be used exclusively by the individual or entity to which it is addressed. This message may contain information that is privileged or confidential and thereby exempt and protected from unauthorized disclosure under applicable law. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is not authorized and is strictly prohibited. If you have received this communication in error, please notify the sender immediately and permanently delete the original message from your e-mail system.